**Opinion issued May 13, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00115-CV

———————————

## AARON K. YOUNG, GUARDIAN OF THE ESTATE OF HIS DAUGHTER, K.K.Y., A MINOR, Appellant

## V.

## KRISTIN CANNON KIRBY, Appellee

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 409410**

---

## MEMORANDUM OPINION

Appellant, Aaron K. Young, has filed a notice of nonsuit, which we interpret as a motion to dismiss the appeal. No opinion has issued and more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.